■ Jeffrey R. Fazio et al., Appellants, v Main Duane Owners Corp. et al., Respondents, et al., Defendants. [814 NYS2d 524]— Appeal from judgment, Supreme Court, New York County (Karen Smith, J.), entered January 7, 2005, and order, same court and Justice, entered December 15, 2004, unanimously discontinued in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Buckley, P.J., Saxe, Nardelli, Gonzalez and Catterson, JJ.